FILED
CLERK, U.S. DISTRICT COURT
APR -7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FONTAINE,<br><br>  Petitioner,<br><br>   v.<br><br>THE STATE OF CALIFORNIA,<br><br>  Respondent. | Case No. CV 07-8331-FMC (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed without prejudice.

DATED: April 7, 2008

_Florence Marie Cooper_
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE